UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUSSELL L. FISER,           )
                            )
         Plaintiff,         )    Case No. 1:10-cv-89
                            )
v.                          )    Honorable Paul L. Maloney
                            )
COMMISSIONER OF             )
SOCIAL SECURITY,            )
                            )    **JUDGMENT**
         Defendant.         )
                            )

Defendant has moved for a remand of this Social Security case under sentence four of 42 U.S.C. § 405(g). Plaintiff, who is proceeding *in pro per*, was duly served with the motion but has not filed any objection thereto. Upon review of the record, the court determines that a sentence four remand is appropriate because further administrative fact-finding is necessary. *See Faucher v. Secretary of Health & Human Servs.*, 17 F.3d 171, 176 (6th Cir. 1994). Accordingly:

IT IS ORDERED that defendant's unopposed motion to remand this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) (docket # 18) is GRANTED. Judgment is hereby entered in plaintiff's favor, the Commissioner's decision is REVERSED, and the matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated: August 20, 2010        /s/ Paul L. Maloney
                              Paul L. Maloney
                              Chief United States District Judge